UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION  NO.  3:22-CV-389-RGJ

ASCENT PROPERTIES, LLC                                                                      PLAINTIFF

v.

THE CINCINNATI CASUALTY COMPANY                                              DEFENDANT

**AGREED ORDER OF DISMISSAL**

This matter is before the Court upon the agreement of the parties, as evidenced by the signatures of their respective counsel below.  The parties advise the Court they have resolved all claims asserted or assertable by them in this matter to their mutual satisfaction.  The Court having been sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted, or which could have been asserted, by Plaintiff Ascent Properties, LLC against Defendant The Cincinnati Casualty Company are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorney's fees.  This is a final and appealable order there being no just cause for delay of its entry.

This _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

HAVE SEEN AND AGREED:

/s/*Thomas N. Kerrick*
Thomas N. Kerrick
KERRICK BACHERT PSC
1025 State Street
P.O. Box 9547
Bowling Green, KY 42101
cgivens@kerricklaw.com
*Counsel for Defendant*

*/s/Clinton H. Scott w/permission*

_____
Clinton H. Scott
McWherter Scott Bobbitt PLC
54 Exeter Road, Suite D
Jackson TN  38305
clint@msb.law
*Counsel for Plaintiffs*

Clerk, please copy:     Counsel of Record